UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RANDY CORAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case number 1:15cv0137 TCM |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This 42 U.S.C. § 405(g) action for judicial review of the final decision of Carolyn W. Colvin, the Acting Commissioner of Social Security ("the Commissioner"), denying the application of Randy Coram ("Plaintiff") for disability insurance benefits under Title II of the Social Security Act (the Act), 42 U.S.C. § 401-433, is before the Court[1] on the Commissioner's unopposed motion to remand the case to the Appeals Council for further proceedings pursuant to sentence four of § 405(g). The Commissioner explains in her motion that, should the Court enter a remand order, the Appeals Council shall remand the case to the Administrative Law Judge (ALJ) to take certain actions requiring further development of the record and additional analysis.

As noted by the Eighth Circuit Court of Appeals, "[s]ection 405(g), which governs judicial review of final decisions of the Commissioner, authorizes only two types of remand

---

[1]The case is before the undersigned United States Magistrate Judge by written consent of the parties. See 28 U.S.C. § 636(c).

orders: (1) those made pursuant to sentence four, and (2) those made pursuant to sentence six." **Buckner v. Apfel**, 213 F.3d 1006, 1010 (8th Cir. 2000) (citing Melkonyan v. Sullivan, 501 U.S. 89, 98-99 (1991)). "A sentence four remand is . . . proper whenever the district court makes a substantive ruling regarding the correctness of a decision of the Commissioner and remands the case in accordance with such a ruling." **Id.** A remand order requiring the Commissioner to "cure some specific defect[s] in the administrative proceeding, such as the ALJ's failure to develop the record or to properly evaluate the evidence," is a sentence four remand. **Id.**

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the motion of Carolyn W. Colvin, Acting Commissioner of Social Security, to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) is **GRANTED**. [Doc. 15]

**IT IS FURTHER ORDERED** that this case is **REMANDED** pursuant to sentence four of § 405(g) for further proceedings as specified in the motion.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  28th  day of December, 2015.